IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00126-REB-BNB

CAROLYN COOPER,

Plaintiff,

v.

CURTIS MALENI,
FEDERAL BUREAU OF INVESTIGATION, and
UNITED STATES OF AMERICA,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate and to Reset Scheduling Conference** [docket no. 5, filed May 8, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for May 15, 2008, is **vacated and reset to July 18, 2008, at 1:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and the Confidential Settlement Statement are due on or before **July 11, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: May 9, 2008