IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00126-REB-BNB

CAROLYN COOPER,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, and
UNITED STATES OF AMERICA,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **November 26, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 1, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge