**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00126-REB-BNB

CAROLYN COOPER,

    Plaintiff,

v.

CURTIS MALENI,
FEDERAL BUREAU OF INVESTIGATION, and
UNITED STATES OF AMERICA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation of Dismissal** [#30] filed November 13, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#30] filed November 13, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for April 10, 2009, is **VACATED**;

3. That the jury trial set to commence April 27, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 18, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**